**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
UNITED STATES ATTORNEY

*Bridget Zarrillo*
Assistant U.S. Attorney

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*Bridget.Zarrillo @usdoj.gov*

*main: (973) 645-2700*
*direct: (973)297-2034*

November 20, 2026

**BY ECF**
Honorable Madeline C. Arleo, U.S.D.J.
United States District Court
Martin Luther King Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

**Re: Naranjo *Mindiola v. Benzel, et al.*, No. 26-14902**
**Petitioner's Release**

Dear Judge Arleo:

This Office represents Respondents in this habeas action. We respectfully write to report that U.S. Immigration and Customs Enforcement ("ICE") informed this Office of Petitioner's release from custody at 11:40 a.m. on November 20, 2026 under the same conditions that existed prior to detention. ICE further advised this Office that, to the best of its knowledge, Petitioner's property has been returned to Petitioner.

Respondents apologize to the Court and Petitioner for this late release. On November 18, 2026, at 8:41 p.m., the Court entered an order requiring Petitioner's release within 24 hours unless certain exceptions applied. *See* ECF No. 2. Upon receipt, this Office promptly conveyed the order to ICE. However, ICE released Petitioner fifteen hours after the 24-hour deadline.

We therefore respectfully request that the Court close this case and lift all temporary restraints. We thank the Court for its attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: *s/ Bridget Zarrillo*
Bridget Zarrillo

Assistant United States Attorney

cc: Counsel of Record (by ECF)
*Attorneys for Respondents*

Case shall be closed.

SO ORDERED

*s/Madeline Cox Arleo*
MADELINE COX ARLEO, U.S.D.J.

Date: 11/24/2026